crAO 91 (Rev. 11/11) Criminal Complaint

**FILED**

Vanessa L Armstrong, Clerk

Apr 23 2020

**U.S. District Court**
**Western District of Kentucky**

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA )
v. )
)
**MATTHEW ALEXANDER LYONS** )
)
_____ )

Case No. 3:20-mj-296

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

While in the Western District of Kentucky, the defendant violated:

| Date | Code Section | Offense Description |
|---|---|---|
| 4/30/2018 | 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1) | Distribution of child pornography |
| 2/16/2020 | 18 U.S.C. §§ 2251(a) and (e) | Attempted production of child pornography |
| 2/16/2020 | 18 U.S.C. § 2422(b) | Attempted enticement |
| 4/1/2020 | 18 U.S.C. §§ 1591(a) and 1591(b)(2) | Sex trafficking of children |
| 4/9/2020 | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:

X        Continued on the attached sheet

_____
*Complainant's signature*

Michael W. Littrell, PhD, CFCE, CCME
Detective, Office of the Kentucky Attorney General
*Printed name and title*

*Sworn to/attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means*

Date: 4/23/2020

_____
*Judge's Signature*

REGINA S. EDWARDS
United States Magistrate Judge
*Printed Name and Title*

City and State: Louisville, Kentucky

RMC:JEL

# AFFIDAVIT

I, Michael Littrell, hereby depose and state as follows:

1.     **Affiant**:  I am a Detective and digital forensics examiner in the Cybercrime Unit of the Kentucky Attorney General's Office and have so been employed since May of 2015.

2.     **Experience**:  I have more than 15 years of law enforcement experience.  I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have written numerous search warrants involving internet crimes against children cases and participated in their execution as well as the prosecutions that resulted from execution of the warrants.

3.     **Training and Education**:  I have received more than 1,500 hours of training during my career, many of those hours focused on investigations, with an emphasis on crimes involving child exploitation, crimes involving the internet, computers, mobile device forensics, computer forensics, peer-2-peer network investigations, social networking investigations, and cellular phone technologies and data analysis.  I currently hold multiple certifications in computer and mobile forensics including the Cellebrite Certified Mobile Examiner, Magnet Certified Forensic Examiner, EnCase Certified Examiner, and a Certified Forensic Computer Examiner designation.

I have a bachelor's and master's degree in criminal justice from Eastern Kentucky University and a doctorate in Applied Sociology from the University of Louisville.

4.     **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the affiant has not included each

fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause for the listed offenses.

For the reasons set out below, there is probable cause to believe that **Matthew Alexander Lyons**, DOB XX/XX/1986, while in the Western District of Kentucky, Hardin County, Kentucky, committed several offenses involving the sexual exploitation of children, including but not limited to sex trafficking of a child, online enticement, production of child pornography, receipt of child pornography and possession of child pornography.

5.      **Specific Probable Cause:**  On or about April 7, 2020, I received a request for digital forensic and investigative assistance on a case from Detective Richard Carman, a 10-year veteran of the Radcliff (Kentucky) Police Department.  His request stemmed from a complaint he was investigating where at least one minor[1] was posting on social media about engaging in sexual activity with an adult in exchange for currency. Detective Carman interviewed two minors, (John Doe 1 and 2), seized their mobile devices, and was granted consent to search those devices by the minors' legal guardians.

6.      Detective Carman identified Lyons as the adult with whom John Doe 1 and 2 had engaged in sexual activity in exchange for money.  He learned that Lyons had a prior conviction in 2008 Hardin District Court 08-F-00401 for attempted prohibited use of electronic communication system to procure a minor for sex, a violation of K.R.S. § 510.155(1).  Detective Carman obtained and executed a Kentucky state search warrant to seize and search Lyons's mobile device.  On April 10, 2020 Detective Carman delivered the state search warrant, consent forms and mobile devices to me for examination.

---

[1] The term "minor" has the meaning set out in 18 U.S.C. § 2256(1)

7.      On April 13, 2020, I conducted a full file system extraction of Lyons's Apple

iPhone 11 Pro Max.  I decoded the extracted data using the most recent version of Magnet

Axiom version 3.11.  The decoded data from this device yielded more than 742,000 iOS

artifacts, of which more than 394,000 were media, such as videos and photos.  More than

131,000 were SMS, MMS and other chat messages and more than 95,000 operating system

artifacts related to the use of this device. During the decoding process, I used the most recent

Project Vic hash set to identify any potential child sexual abuse images and videos on the device.

8.      On April 16, 2020, I began to review these artifacts for evidence sought in the

state search warrant.  During this review of the artifacts, I found more than 1,500 image and

video files that were identified by hash value[2] of known child sexual abuse material.  In review

of the remaining media files, I recognized hundreds more images and videos that were familiar to

me from previous investigations and were obvious depictions of actual minors engaged in

sexually explicit conduct, but not identified through the automated process.  The images were

stored in a pin-code protected application in a "Frequently Used" folder on Lyons's iPhone's

main screen. The images were stored in more than 250 categorized folders.  Descriptions for a

sample of the images are as follows:

> a.  **Photo - 26-Aug-2015 21:26:50.jpg** is a still image of a nude boy,
> approximately 12 years old, laying on his back with his erect penis in his
> hand.  The hand of an adult male subject is inserting a foreign object into the
> anus of the boy;
>
> b.  **Photo - 14-Jan-2007 14:26:17.jpg** is a still image of a nude boy,
> approximately 8 years old, laying on his back with an erect male penis
> inserted into the boy's anus; and
>
> c.  **Photo - 01-Aug-2018 23:34:37 - 1.jpg** is a still image of a nude boy,

---

[2]A hash value is the process of using an algorithm to generate a numerical identifier for data, also
referred to as a digital fingerprint.  The hash value (like a finger print) is unique to that item.
Any change to the data (file), will result in a different hash value.

approximately 12 years old, laying partially clothed on a sofa, the hand of an adult male is manipulating the boy's erect penis.

9.    Further examination of Lyons's iPhone revealed that on or about April 1, 2020, Lyons was communicating with at least one 14-year-old boy (John Doe 1), on the Grindr[3] social media app. According to an interview with John Doe 1, Lyons exchanged photographs and conversations via this app, then transitioned to text messaging.  During the conversation between Lyons and John Doe 1, Lyons agreed to pay John Doe 1 $50.00 in exchange for Lyons performing oral sex on John Doe 1.  Lyons and John Doe 1 agreed to meet at a convenience store in Hardin County, Kentucky.

10.    On or about April 1, 2020, Lyons traveled to the convenience store and met two 14-year old boys (John Doe 1 and John Doe 2).  Lyons picked up the boys in his 2017 Chevrolet Silverado truck and drove them to a Dollar General store parking lot.  Lyons performed oral sex on John Doe 1.  During the incident, John Doe 2 videoed Lyons performing oral sex on John Doe 1.  I retrieved and reviewed the video during the forensic examination of the cellular telephones referenced above (*i.e.*, phones from John Doe 1 and Lyons).  According to interviews with John Doe 1 and John Doe 2, Lyons performed oral sex on both of them.  Lyons paid John Doe 1 $70.00 and John Doe 2 $60.00.

11.    During my review of Lyons's Apple iPhone 11 Pro Max, I located a chat conversation from February 16, 2020, between Lyons and a boy named "Trevor" who indicated he was 16 years old.  During this conversation Trevor, at the request and persuasion of Lyons sent two photos and two videos of himself engaged in sexually explicit conduct. Below is an

---

[3] Grindr is a social media networking and online dating application geared towards gay, bisexual, and transsexual people.

excerpt of the conversation:

> Lyons: [Face photo sent]
> Trevor: How old r u
> Lyons: 32. You?
> Trevor: 16
> Lyons: Cool
> Trevor: Mhm
> Lyons: You cool with me being 32?
> Trevor: not rlly
> Lyons: Ahhh too bad. :/
> ......
> Trevor: Can I see urs?~ [Referring to Lyon's Penis]
> Lyons: If you show me yours first
> Trevor: I asked first
> Lyons: I don't feel comfortable sending first
> Trevor: It won't send
> Lyons: I don't know what to tell you. Want to Facetime?
> Trevor: No
> Lyons: Too bad
> Trevor: **[Sends photo of his shorts pulled down and his penis erect]**
> Trevor: There we go had to get off the WiFi
> Lyons: Nice Cock!
> Trevor: Thx
> Trevor: Wbu
> Lyons: **[Sends photo of an erect penis]**
> Lyons: You're welcome
> Trevor: Gorgeous
> .....
> Trevor: I'd love urs up my tight ass
> Lyons: I'd love to
> Lyons: Can I see more?
> Trevor: **[Sends photo of himself standing over the camera with his fingers spreading his anus and his flaccid penis viewable]**
> Lyons: So hot and hella tight
> Trevor: hehe
> Lyons: Id eat it out
> Trevor: I've had it eaten out and a dick up there but no cum sadly
> Lyons: aww is cum inside you
> Lyons: I'd*
> ......
> Lyons: You have any videos?
> Trevor: Mhm
> Lyons: Send one. Make me cum and I'll video mine when I do
> Trevor: **[Sends a video of him pulling down his shorts and bending over in front of the camera, you can see the boy's class ring on his finger, he inserts his**

**fingers into his anus]**
Lyons: I was hoping for a cock playing video. Lol. Since I'm sending you a cum vid.
Trevor: **[Sends a video of him nude rubbing his erect penis on his leg and masturbating]**
Trevor: There
Lyons: [Sends a video of himself masturbating and ejaculating] Warning it has sound. And I came much more earlier.

12.   During my review of Lyons's Apple iPhone 11 Pro Max, I located a chat conversation between Lyons and another adult named Robert Alan Thompson.[4]  Further investigation revealed that Thompson was a middle school teacher in Frankfort, Kentucky, during the 2017-2018 school year after which he moved to the Hardin County School District and continued teaching middle school.  Lyons and Thompson engaged in a chat conversation on April 30, 2018.  During the conversation, Lyons sent Thompson two photos of actual minors engaged in sexually explicit conduct. Below is an excerpt of their conversation:

Lyons: You have any younger guy's cock pics? Lol
Thompson: Nope. Don't keep them? U?
Lyons: omg you need to keep them!!!
Lyons: at least send them to me. Lol
Lyons: **[Sends nude photo of boy approximately 14 years old whose erect penis is the focus of the depiction]**
Thompson: whos that
Lyons: **[Sends nude photo of a boy approximately 12 years old whose testicles and anus are the focus of the depiction]**
Lyons: Just a guy off Tumblr. Lol
Thompson. O. Say how old?
Lyons: The top pic prolly 14, the bottom one 12. Lol
Thompson: lol

13.   I know that Apple iPhones are not manufactured in the Commonwealth of Kentucky.  I also know that the term "means or facility of interstate commerce" includes the internet or telephones.  The social media apps referenced above are accessed via the internet.

---

[4] Law enforcement officials executed a search warrant at Thompson's residence and arrested him on state child pornography charges on April 21, 2020.

And, the text communications between Lyons and the individuals referenced above occurred through Lyons use of his iPhone.

14. **Conclusion**: Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that while in the Western District of Kentucky, Hardin County, Kentucky, Lyons engaged in the following:

   a. On or about April 30, 2018, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate commerce and in and affecting interstate commerce by any means, including by computer, in violation of 18 U.S.C §§ 2252A(a)(2)(A) and 2252A(b)(1);

   b. On or about February 16, 2020, attempted to knowingly use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e);

   c. On or about February 16, 2020, using a facility and means of interstate commerce, attempted to knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b);

   d. On or about April 1, 2020, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, advertised,

7

maintained, patronized, and solicited by any means a person, knowing, that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a) and 1591(b)(2); and

e.   On or about April 9, 2020, knowingly possessed child pornography, as that term is defined in as that term is defined in 18 U.S.C. § 2256(8)(A), in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

_____
Michael W. Littrell, PhD, CFCE, CCME
Detective, Office of the Kentucky Attorney General


Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means, this 23rd day of April, 2020.

_____
REGINA S. EDWARDS
United States Magistrate Judge


RMC:JEL