# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER: 3:20-MJ-296**

**MATTHEW ALEXANDER LYONS**                                                                  **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on April 23, 2020 to conduct an initial appearance by video.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant Matthew Alexander Lyons - Present and in custody at the Grayson County Jail |
| Court Reporter: | Becky Boyd |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant eligible for appointed counsel. The Court appointed the Office of the Federal Defender to represent the defendant. Aaron M. Dyke, Assistant Federal Defender accepted the appointment.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on **April 28, 2020 at 11:00 a.m.**, **via videoconference,** before the Honorable Regina S. Edwards, United States Magistrate Judge.

This 24th day of April, 2020

**ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|20