UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                    CASE NO. 3:20MJ-296-RSE

MATTHEW ALEXANDER LYONS                             DEFENDANT

*Electronically Filed*
**MOTION FOR PROTECTIVE ORDER**

       Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for entry of the accompanying Protective Order.

       During the detention hearing held earlier today, April 28, 2020, the United States submitted three Sealed Exhibits. Due to the COVID-19 pandemic, and consistent with the Court's current General Order 20-09 concerning video proceedings, the detention hearing was held *via* ZOOM videoconferencing. Had the hearing been conducted in person, the defendant would have been given the opportunity to see the Sealed Exhibits. However, he would not have been provided a printed copy. The Sealed Exhibits show the faces of John Doe 1 and John Doe 2 (referenced in the Criminal Complaint Affidavit, DN 1). The images should not be distributed beyond defense counsel because further disclosure/distribution would violate their rights to dignity and privacy. *See* 18 U.S.C. § 18 U.S.C. § 3771(a)(8); *see also* 18 U.S.C. §§ 3509(d)(1) and (d)(3).

       Therefore, it is respectfully requested that the Court enter a Protective Order that provides as follows:

1. The images be maintained in a secure place to which no person who does not have reason to know their contents has access; and

2. Limits the copying or distribution of the images, including to the defendant. Counsel may, however, show the images to the defendant during a video meeting.

> Respectfully Submitted,
>
> RUSSELL M. COLEMAN
> UNITED STATES ATTORNEY
>
> /s/ *Jo E. Lawless*
> Jo E. Lawless
> Assistant United States Attorney
> 717 West Broadway
> Louisville, Kentucky 40202
> (502) 625-7065
> (502) 582-5912 (fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on defense counsel through the Court's ECF system on April 28, 2020.

> /s/ *Jo E. Lawless*
> Jo E. Lawless
> Assistant United States Attorney