UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                               PLAINTIFF

vs.                                                         CASE NO. 3:20MJ-296-RSE

MATTHEW ALEXANDER LYONS                                                                           DEFENDANT

## PROTECTIVE ORDER

This matter is before the Court on motion of the United States of America for entry of a Protective Order.  **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. The images filed as Sealed Exhibits during the detention hearing on April 28, 2020, be maintained in a secure place to which no person who does not have reason to know their contents has access; and

3. The images may not be copied or distributed in printed form to the defendant. Counsel may, however, show the images to the defendant during a video meeting.