UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                              CASE NO. 3:20MJ-296-RSE

MATTHEW ALEXANDER LYONS                                                          DEFENDANT

*Electronically Filed*
**NOTICE OF CLARIFICATION**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to clarify information contained in Sealed Exhibits 1 – 3 tendered in connection with the detention hearing held earlier today, April 28, 2020. Specifically, Sealed Exhibits 1 and 2 were recovered during a forensic examination of Lyons' cellular telephone. Sealed Exhibit 3 contained materials obtained from the Hardin County School District.

Respectfully Submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5912 (fax)

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on defense counsel through the Court's ECF system on April 28, 2020.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney