# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

**VS.**                                                        **CRIMINAL ACTION NUMBER: 3:20-MJ-296**

**MATTHEW ALEXANDER LYONS**                                                                           **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, on April 28, 2020 to conduct a combined preliminary and detention hearing by video.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant Matthew Alexander Lyons - Present by video from the Oldham County Jail<br>J. Clark Baird, retained[1] - Present by video |
| Court Reporter: | Becky Boyd |

The defendant, through counsel, having waived his right to a preliminary hearing on the record,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **June 18, 2020 at 9:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS FURTHER ORDERED** that the defendant shall remain in custody pending further order of the Court.

**IT IS FURTHER ORDERED** that the exhibits from this hearing are **SEALED**.

This 28th day of April, 2020        **ENTERED BY ORDER OF THE COURT:**
                                    **REGINA S. EDWARDS**
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **VANESSA L. ARMSTRONG, CLERK**
                                    **BY: s/** *Ashley Henry* **- Deputy Clerk**

---

[1] Retained counsel having entered an appearance, the Office of the Federal Defender is relieved as counsel of record.

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

|40