UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                       CRIMINAL ACTION NO. 3:20-MJ-296

MATTHEW ALEXANDER LYONS                                   DEFENDANT

********

COMES THE DEFENDANT, by counsel, and hereby Moves this Honorable Court for release from custody.

In support, this Motion the Defendant the states that he has been diagnosed with Covid-19. Several people in the Defendant's pod have also been diagnosed with the virus. The Defendant has only received OTC pain killers to this point. The Defendant believes that he can receive better medical care, especially if his condition worsens, in the community. The Defendant maintains that it is cruel and unusual punishment, in violation of his constitutional rights, to continue to detain him under these extraordinary conditions.

The Defendant could be placed on home detention with GPS monitoring, assuming he is not hospitalized. The Defendant is not a convicted felon and has no history of violence. The Defendant is presumed innocent herein.

Respectfully submitted,

/s/ J. Clark Baird
J. CLARK BAIRD
*Counsel for Defendant*
969 Barret Ave.
Louisville, KY 40204

Phone: (502) 583-3388
Fax: (502) 583-3366
E-mail: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 22nd, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the Assistant United States Attorney, Jo E. Lawless.

/s/ J. Clark Baird
J. CLARK BAIRD
Counsel for Defendant