UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

CRIMINAL ACTION NO. 3:20-MJ-296

v.

MATTHEW ALEXANDER LYONS                                                                          DEFENDANT

MOTION HAVING BEEN MADE and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Defendant's MOTION is GRANTED.

_____

JUDGE

_____

DATE