# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:20-MJ-00296-RSE

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

MATTHEW ALEXANDER LYONS                              DEFENDANT

## PROTECTIVE ORDER

Before the Court is the Motion of Plaintiff, United States of America, for entry of a Protective Order. (DN 4). Defendant, Matthew Alexander Lyons, did not file a response and thus, no objection has been raised to the instant Motion.

In light of the representations provided in the Government's Motion, the Court finds good cause to enter the proposed protective order. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The plaintiff's Motion for Protective Order (DN 4) is **GRANTED**.

2. The images filed as Sealed Exhibits during the detention hearing on April 28, 2020, shall be maintained in a secure place to which no person who does not have reason to know their contents has access; and

3. The images may not be copied or distributed in printed form to the defendant. Counsel may, however, show the images to the defendant during a video meeting.

**IT IS SO ORDERED**.

May 29, 2020

Regina S. Edwards, Magistrate Judge
United States District Court

Copies:      Counsel of Record