**FILED**
VANESSA L. ARMSTRONG, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:20-CR-49-DJH
18 U.S.C. § 1591(a)
18 U.S.C. § 1591(b)(2)
18 U.S.C. § 1594(e)(1)(A)
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253(a)
18 U.S.C. § 2422(b)
18 U.S.C. § 2428

**MATTHEW ALEXANDER LYONS**

The Grand Jury charges:

### COUNT 1
*(Production of Child Pornography)*

On or about February 16, 2020, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MATTHEW ALEXANDER LYONS**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, John Doe 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 2
*(Online Enticement)*

On or about February 16, 2020, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MATTHEW ALEXANDER LYONS**, using a facility and means of interstate commerce, did knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, John Doe 1, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 3
*(Sex Trafficking of a Minor)*

On or about April 1, 2020, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MATTHEW ALEXANDER LYONS**, knowingly, affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means a person, John Doe 2, knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

The Grand Jury further charges:

## COUNT 4
*(Sex Trafficking of a Minor)*

On or about April 1, 2020, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MATTHEW ALEXANDER LYONS**, knowingly, affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means a person, John Doe 3, knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

The Grand Jury further charges:

## COUNT 5
*(Distributing Child Pornography)*

On or about April 30, 2018, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MATTHEW ALEXANDER LYONS**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate commerce and in and affecting interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 6
*(Possession of Child Pornography)*

On or about April 9, 2020, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MATTHEW ALEXANDER LYONS**, knowingly possessed material that contains an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that has been

mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing the offenses in Counts 1, 5, and 6 of this Indictment, the defendant, **MATTHEW ALEXANDER LYONS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(3), all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, and all visual depictions which were produced, transported, mailed, shipped, or received in violation of law.

As a result of committing the offense in Count 2 of this Indictment, the defendant, **MATTHEW ALEXANDER LYONS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, all of the right, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

As a result of committing the offenses in Counts 3 and 4 of this Indictment, the defendant, **MATTHEW ALEXANDER LYONS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(e)(1)(A), any property, real or personal, involved in, used, or intended to be used to commit

or facilitate the commission of any violation of such offenses, and any property traceable to such property.

A TRUE BILL.

███████████████████

FOREPERSON

*Russell M. Coleman* (signature)

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JEL:200609

UNITED STATES OF AMERICA v. **MATTHEW ALEXANDER LYONS**

## PENALTIES

Count 1:  NL 15 yrs./NM 30 yrs./$250,000/both/NL 5yrs./NM Life Supervised Release
w/ prior qualifying conviction NL 25yrs./NM 50 yrs.

Counts 2 - 4:  NL 10 yrs./NM Life/$250,000/both/ NL 5yrs./NM Life Supervised Release (each count)

Count 5:  NL 5yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
w/ prior qualifying conviction NL15yrs./NM 40 yrs.

Count 6:  NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
w/ prior qualifying conviction NL10 yrs./NM 20 yrs.

*mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)(per count)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

## MATTHEW ALEXANDER LYONS

### INDICTMENT

**COUNT 1**
*Production of Child Pornography*
18 U.S.C. §§2251(a) and 2251(e)

**COUNT 2**
*Online Enticement*
18 U.S.C. §2422(b)

**COUNT 3, 4**
*Sex Trafficking of a Minor*
18 U.S.C. §§1591(a) and 1591(b)(2)

**COUNT 5**
*Distributing Child Pornography*
18 U.S.C. §§2252A(a)(2)(A) and 2252A(b)(1)

**COUNT 6**
*Possession of Child Pornography*
18 U.S.C. §§2252A(a)(5)(B) and 2252A(b)(2)

**FORFEITURE**

*A true bill.*

_____
*Foreperson*

Filed in open court this _____ day of _____ 2020.

FILED
VANESSA L. ARMSTRONG, CLERK
JUN 17 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_____
*Clerk*

Bail, $