

# Case Assignment
## Standard Criminal Assignment

Case number **3:20CR-49-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 6/17/2020 3:02:58 PM
Transaction ID: 36841

Request New Judge    Return