**FILED**
VANESSA L. ARMSTRONG, CLERK
JUN 17 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                    CRIMINAL ACTION NUMBER 3:20-CR-49-DJH

MATTHEW ALEXANDER LYONS                                     DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*/s/ Jo Lawless*

Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7065
FAX:   (502) 582-6097
Email: jo.lawless@usdoj.gov