UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                         CRIMINAL ACTION NO. 3:20CR49-DJH

MATTHEW ALEXANDER LYONS                                                                DEFENDANT

*Electronically Filed*
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY and CONTINUANCE OF TRIAL**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for an extension of time in which to complete discovery and continuance of the August 31, 2020, trial date.

The United States provided initial discovery to the defense at the time of the combined preliminary/detention hearing. Some of the materials were introduced as sealed exhibits during the combined hearing. A considerable amount of digital discovery, however, has not been disclosed. Some of it cannot be copied and distributed as it contains child pornography. *See* 18 U.S.C. § 3509(m). Counsel must meet in person to review the child sex abuse materials.

The remainder of discovery is voluminous. Therefore, undersigned counsel requested defense counsel to provide digital storage media of sufficient capacity to the Kentucky Office of Attorney General's Department of Criminal Investigations to obtain the remainder of the discovery. Defense counsel recently advised that the storage media would be provided in the near future. Meanwhile, the parties are engaged in active efforts to resolve the matter short of trial.

Due to the volume of discovery and in order for both parties to effectively prepare the case for trial, taking into account the exercise of due diligence, it is respectfully requested that the trial date be continued, pursuant to 18 U.S.C. § 3161(h)(7)A) and (h)(7)(B)(iv). The ends of justice are served by taking such action and outweigh the public's interest in a speedy trial.

Undersigned counsel is authorized to advise the Court that the instant motion is unopposed.

> Respectfully Submitted,
>
> RUSSELL M. COLEMAN
> UNITED STATES ATTORNEY
>
> /s/ *Jo E. Lawless*
> Jo E. Lawless
> Assistant United States Attorney
> 717 West Broadway
> Louisville, Kentucky 40202
> (502) 625-7065
> (502) 582-5912 (fax)

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served on defense counsel through the Court's ECF system on July 23, 2020.

> /s/ *Jo E. Lawless*
> Jo E. Lawless
> Assistant United States Attorney