UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:20CR49-DJH

MATTHEW ALEXANDER LYONS                                         DEFENDANT

## <u>ORDER</u>

This matter is before the Court on an unopposed motion for an extension of time in which to complete discovery and to continue the trial currently scheduled for August 31, 2020.   **IT IS ORDERED** as follows:

1.   The motion is **GRANTED**;

2.   Counsel shall have an additional 14 days following an entry of this Order in which to complete discovery; and

3.   The trial date of August 31, 2020, is remanded from the Court's docket.   A new trial date will be set by separate Order.   The time between the filing of the United States' motion and the new trial date shall be excluded under the Speedy Trial Act, namely, 18 U.S.C. § 3161(h)(7)A) and (h)(7)(B)(iv).   The continuance is necessary to allow the parties reasonable time for effective preparation, taking into account due diligence.   The ends of justice are served by taking such action and outweigh the public's interest in a speedy trial.