AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>MATTHEW ALEXANDER LYONS<br>*Defendant* | )<br>)<br>) Case No. 3:20-cr-00049<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Alexander Lyons.

Date: 10/06/2020

s/WILLIAM M. BUTLER, JR.
*Attorney's signature*

William M. Butler, Jr. 81667
*Printed name and bar number*

500 West Jefferson Street
Suite 1520
Louisville, Ky. 40202
*Address*

wmb@kycrimnallawyer.com
*E-mail address*

(502) 582-2020
*Telephone number*

(502) 583-8007
*FAX number*