## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

                                                            **CASE NO.: 3:20-cr-00049-DJH**

**vs.**                                                           *ELECTRONICALLY FILED*

<u>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE JURY TRIAL**</u>

**MATTHEW ALEXANDER LYONS**                                       **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, MATTHEW LYONS, by counsel WILLIAM M. BUTLER, JR. and moves this Court to continue the jury trial date set for November 9, 2020 at 9:00 a.m.

As grounds for this Motion, counsel states that he has recently entered his appearance in the case because previous counsel is unavailable to continue representing the Defendant. Counsel is actively involved in plea negotiations at this time.

Defense counsel has communicated with Jo Lawless, Assistant United States Attorney who states that she has no objection to the continuance.

**WHEREFORE**, for the foregoing reasons, the Defendant requests that the jury trial date be continued.

                                            Sincerely yours,
                                            <u>s/ WILLIAM M. BUTLER, JR.</u>
                                            William M. Butler, Jr.
                                            500 West Jefferson Street Ste. 1520
                                            Louisville, Kentucky 40202
                                            (502) 582-2020 telephone
                                            Email: <u>wmb@kycriminallawyer.com</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2020 I filed Defendant's Unopposed Motion to Continue the Jury Trial Date through the ECF System, which will send a notice of electronic filing to the Honorable Jo Lawless, Assistant United States Attorney.

                                             <u>s/ WILLIAM M. BUTLER, JR.</u>
                                             William M. Butler, Jr.