**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

CASE NO.: 3:20-cr-00049-DJH

vs.

**ORDER**

*ELECTRONICALLY FILED*

**MATTHEW ALEXANDER LYONS**                                                           **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS ORDERED** that the Defendant Lyons' Unopposed Motion to Continue the Jury Trial set for November 9, 2020 IS GRANTED.

**IT IS FURTHER ORDERED** that Defendant Lyons' jury trial is reset for the _____ day of _____, 20\_\_\_ at _____ .m. in LOUISVILLE, KENTUCKY.