UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:20-cr-49-DJH |
| MATTHEW ALEXANDER LYONS, | Defendant. |

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on October 16, 2020, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    William Butler

The Court and counsel discussed the procedural posture of the case, including the pending motion to continue the trial filed by newly retained defense counsel. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The unopposed motion to continue (Docket No. 28) is **GRANTED**. By agreement of the parties, the trial of this matter, currently set for November 9, 2020, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial deadlines are **VACATED**.

(2) This matter is set for a telephonic status conference on **November 3, 2020, at 10:30 a.m.** Counsel shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

2

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from October 16, 2020, to November 3, 2020, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/05
Court Reporter: Dena Legg

cc:   Jury Administrator