# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

                                                                                   **CASE NO.: 3:20-cr-00049-DJH**

**vs.**                                                                          *ELECTRONICALLY FILED*

### DEFENDANT'S UNOPPOSED MOTION TO CONVERT IN-PERSON CHANGE OF PLEA PROCEEDING TO VIDEO CONFERENCE CHANGE OF PLEA PROCEEDING

**MATTHEW ALEXANDER LYONS**                                                           **DEFENDANT**

* * * * * * * * * * *

Comes the Defendant, MATTHEW LYONS, by counsel, WILLIAM M. BUTLER, JR. and moves this Court to convert the in-person change of plea proceeding to a video conference change of plea proceeding.

As grounds for this Motion, counsel states that he has been in contact with the Defendant and the Defendant has stated:

> "I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Western District of Kentucky to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By discussing these issues with my attorney, I wish to advise the court that I willingly give up my right to appear in person before the Judge to enter a plea of guilty. I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so."

Defense counsel has communicated with Jo Lawless, Assistant United States Attorney who states that she has no objection to this request.

**WHEREFORE**, for the foregoing reasons, the Defendant requests that the in-person change of plea proceeding be converted to a video conference change of plea proceeding.

> Sincerely yours,
> s/ WILLIAM M. BUTLER, JR.
> William M. Butler, Jr.
> 500 West Jefferson Street Ste. 1520
> Louisville, Kentucky 40202
> (502) 582-2020 telephone
> Email: wmb@kycriminallawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020 I filed the foregoing through the ECF System, which will send a notice of electronic filing to the Honorable Jo Lawless, Assistant United States Attorney.

> s/ WILLIAM M. BUTLER, JR.
> William M. Butler, Jr.