# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

                                                    **CASE NO.: 3:20-cr-00049-DJH**

**vs.**                                                                            *ELECTRONICALLY FILED*

## ORDER

**MATTHEW ALEXANDER LYONS**                                                        **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant Lyons Unopposed Motion to Covert the In-Person Change of Plea Proceeding to a Video Conference Change of Plea Proceeding IS GRANTED.