**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                     **PLAINTIFF**

*ELECTRONICALLY FILED*

**CRIMINAL ACTION NO.: 3:20-cr-00049-DJH**

**vs.**

**MOTION TO SUBSTITUTE**

**COUNSEL AND ENTER APPEARANCE**

**MATTHEW ALEXANDER LYONS**                                                        **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, MATTHEW ALEXANDER LYONS, by counsel, and asks this Court to grant his Motion to Substitute Counsel and enter William M. Butler, Jr.'s appearance as attorney of record.

Respectfully submitted,

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.
500 West Jefferson Street, Suite 1520
Louisville, Kentucky 40202
Tel-(502) 582-2020   Fax (502) 583-8007
Email: wmb@kycriminallawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020 I filed a copy of the foregoing through ECF which will send notice of electronic filing to the Honorable Jo Lawless, Assistant United States Attorney at jo.lawless@usdoj.gov.

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.