**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                                              **PLAINTIFF**

*ELECTRONICALLY FILED*

**CRIMINAL ACTION NO.: 3:20-cr-00049-DJH**

vs.                                                                          **ORDER**

**MATTHEW ALEXANDER LYONS**                                                                                              **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel IS GRANTED.

**IT IS FURTHER ORDERED** that William M. Butler, Jr., 500 West Jefferson Street, Suite 1520, Louisville, Kentucky 40202, Tel-(502) 582-2020   Fax (502) 583-8007, email: wmb@kycriminallawyer.com; is entered as attorney of record.