# WILLIAM M. BUTLER, JR.
## Lawyer

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 21 PM 1:25

Website: www.kycriminallawyer.com

Email: wmb@kycriminallawyer.com

FEDERAL WEBSITE: www.kyfederalcriminalattorney.com
FEDERAL EMAIL: williambutler@kyfederalcriminalattorney.com

KAREN J. BELL, Paralegal
Email: karenbell@kycriminallawyer.com

500 West Jefferson Str. #1520
Louisville, Kentucky 40202
Telephone: (502) 582-2020
Facsimile: (502) 583-8007

December 18, 2020

Gary B. Burman
U.S. Marshall Western District Kentucky
601 West Broadway
Room 114
Louisville, Kentucky 40202

    RE:    **Federal Inmate-Matthew Lyons under Supervision WDKY**
             Case Number: 3:20-cr-00049-DJH

            **Federal Inmate: Donald Michael Sullivan under Supervision SDIN**
             Case Number: 1:19-cr-00161-JPH-MJD

Dear Marshall Burman,

    I represent the above two inmates. The first inmate, Matthew Lyons, is under supervision of the Western District of Kentucky. The second inmate, Donald Michael Sullivan, is under the watch of the United States Marshall for the Southern District of Indiana.

    All the instances brought to your attention in this letter are applicable to both detainees. They are being held at the Grayson County Detention Center. They are being held in an approximately 120 sq. foot area located behind booking at the Jail. At this time, this area is being used to house 6 inmates. Previously up to 9 inmates have been held in this same area.

    It goes without mentioning that everyone sleeps on the floor. If that was the only problem, I would not be writing to you.

U.S. Marshall Gary B. Burman
Western District of Kentucky
December 18, 2020
Page 2

  Here are some of the major problems that cause prisoners being detained here to be subject to cruel and unusual treatment:

1. The lights remain on 24 hours a day;

2. No one is allowed to possess a watch which causes all sense of time to disappear;

3. Detainees are not allowed Commissary in this area;

4. Seriously disturbed inmates have been held with the inmates I represent. For example, an inmate who pulled his fingernails out and then used the blood to write on the walls while threatening to kill his cellmates when they were asleep was recently held in this area.

  Neither of my clients have committed a violation of the Jail rules and both have filed numerous grievances which have been denied. Even if my clients had violated a jail rule this treatment should not be allowed and is not a permissible way to punish them.

  When my client, Matthew Lyons, brought this treatment to my attention, it confirmed what my client Donald Michael Sullivan, a detainee from the Southern District of Indiana and who was not acquainted with Mr. Lyons, had previously told me. I'm directing my letter to you because I know that there are many federal detainees from the Western District of Kentucky housed at Grayson County and I know you want to keep them safe.

  If you have any questions, please do not hesitate to call.

             Sincerely yours,

             William M. Butler, Jr.

WMB,JR./kjsb

cc: Honorable David J. Hale
   Judge United States District Court
   Western District of Kentucky

   Honorable Jo Lawless
   Assistant United States Attorney
   Western District of Kentucky

/c:/msword/remoteoffice/federal 2020/U.S. Marshall Detainee letter/

WILLIAM M BUTLER JR
500 WEST JEFFERSON STR
SUITE 1520
LOUISVILLE KY 40202



FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 21 PM 1:25



$0.50
US POSTAGE
FIRST-CLASS
062S0007856275
40202

JUDGE DAVID J HALE
WESTERN DISTRICT OF KENTUCKY
601 WEST BROADWAY
ROOM 239
LOUISVILLE KY 40202

4020232227 C075