# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

*ELECTRONICALLY FILED*

**CASE NO.: 3:20-CR-00049-DJH**

**VS.**

## NOTICE OF FILING

**MATTHEW ALEXANDER LYONS**                            **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Please take notice that the Defendant's attached letters of support have been filed with the Court.

Respectfully submitted,

s/ William M. Butler, Jr.
WILLIAM M. BUTLER, JR.
500 West Jefferson Street Ste. 1520
Louisville, Kentucky 40202
Telephone: (502) 582-2020
Facsimile: (502) 583-8007
Email: wmb@kycriminallawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021 I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to the Honorable Jo Lawless, Assistant United States Attorney.

S/ William M. Butler, Jr.
William M. Butler, Jr.