**Dear Judge,**

**Michael Lyons**
Tue 2/9/2021
To: William Butler <wmb@kycriminallawyer.com>

Dear Judge,

Our son Matthew Lyons is a good person and a loving son. He is savable. He needs counseling and therapy. We worry that he will get lost and forgotten in prison. Matt is a giving person. He has helped so many people. He thinks of others. He felt bad for an older man in detention so he gave him one of his shirts.

He always gives his mama and dad whatever we needed. We never had to ask. He wanted to take our pain away. He lived with us even though he could have bought his own home. He wanted to be close to us. We were a team always joking and laughing.

I know a mother's word can sound exaggerated but my words are true. Matt wants help, he needs help. So it matters which prison he is placed. We also would like to visit him. Good counseling and connections to his family will save him. Matt can still contribute to society.

Our son is important to us. We are terrified about his safety in prison. Matt needs a chance to save himself through therapy and counseling that targets his needs.

Some call him Matthew, Matt, Matty or Uncle Map. He does not ask for much. He enjoys giving to others.

Matt found a tiny kitten under his truck. He saved her even though he is allergic to cats. He named her Chevy after his truck. He loves this cat. This is just one example of Matt's unconditional love.

Please help our son Matthew by giving him the chance to change with therapy and counseling.

Matt wants help and he needs help. But he does not need to be forgotten. We know there are places that will help him the most.

Thank you for reading this letter,
Mr. and Mrs. Michael Lyons


Sent from my iPad