Tara Thomas

February 15, 2021

Honorable Judge David J. Hale
U.S. District Court Western District of Kentucky

RE: Matthew Alexander Lyons Criminal Action No: 3:30-cr-0049-DJH

Dear Honorable Judge Hale,

Thank you for allowing this time for those who love Matt to speak on his behalf. Truthfully, it is very difficult to put into words on a computer screen what I feel and would like to convey to you and other members of the court about my brother. My name is Tara Thomas and I am Matt's older sister by just over 10 years. He very much became my baby when our mom brought him home from the hospital. We were very close. We do not have the same father and as happens in many families, we were not always a healthy unit. Our mom worked a lot; we thankfully had grandparents who loved us and lived nearby. As I was much older and left home very young, I didn't get to spend ast much time with Matt as I would have liked. I am making no excuses for him but I know things were not good at home most of the time. I got married and moved three states away as soon as I turned 18. I wish I could have taken him with me. Matt was always the most respectful and helpful of any teenager I knew. Growing up, he would give anything to anyone…even when he had nothing. That didn't change as he got older and started making more money. He became a primary source of support for my Mom and Stepdad when they both had to retire early due to health issues. He never complained about giving them money or paying for household repairs. He has always had the biggest heart and deep love for his family. I share this with you to just show a smart part of the type of caring nature Matt has always had. I know that will never change.

As I mentioned, I left home at an early age but I went on to have four children and Matt became very close friends with my oldest son. They even worked together for several years. Matt is a hard worker who enjoys being part of a team. He was a great employee and was so proud of his job at the dealership. He has a sense of responsibility that compelled him to show up for work even on off days when he wasn't getting paid just to ensure the job was done. He also took good care of my son there. Many days he would show up with breakfast for him, or offer to go pick up lunch often. Matt is a helper and someone that Justin knew he could count on. Matt just likes being someone needed and making others happy. At holidays, Matt was always the best gift giver because he loved seeing people smile as they opened their gifts. This just shows what a heart for others Matt has.

As a mom and a teacher, I always try to find the good in all situations. I am having a hard time here. I love my brother deeply and am very saddened by this. I also know though that Matt is a good person at heart that needed help and I wish I had known. He needs help now and I believe he is capable of changing this part of him. He has made that clear to me in many phone conversations over the last 10 months. I am prepared to do whatever I can to help my brother and my family is as well. I will be in contact with him often and he knows that while I love and support him, I will also be that voice of reason when he needs it. I, in no way sugarcoat things and Matt knows that. He has work to do and I pray he finds a good job in some capacity where he is going that will allow him to use his talents to help others and strengthen his own self-esteem. I feel this will help him with his mental battles as well. Once he is released, I know this work will continue and whenever that may be, I plan to be here to ensure Matt has the resources and support necessary to regain some sort of normalcy.

Thank you very much for your time and consideration.

Kind regards,

*Tara Thomas*
Tara Thomas