UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                      Criminal Action No. 3:20-cr-49-DJH

MATTHEW ALEXANDER LYONS,                                                                  Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on February 26, 2021, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    Bill Butler

The defendant requested that the sentencing hearing be conducted by videoconference, as is the Court's preference; however, the United States withheld consent. Accordingly, the sentencing hearing will proceed in-person on March 1 as previously scheduled.

February 26, 2021

*David J. Hale, Judge*
*United States District Court*

Court Time: 00/05
Court Reporter: Dena Legg

1