UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                         Plaintiff,

v.                          Criminal Action No. 3:20-cr-49-DJH

MATTHEW ALEXANDER LYONS,                      Defendant.

\* \* \* \* \*

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

March 1, 2021
Date

_/s/_ Defendants Signature